**NO CV-30**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL REEVES,                              )        CASE No.
2301 Erie Street                             )
San Diego, CA 92110                          )
                                             )
                                             )
            Plaintiff,                       )   2:26-CV-00274-MCS-SKx
                                             )
                                             )
       v.                                    )   **COMPLAINT FOR DAMAGES,**
                                             )   **INJUNCTIVE RELIEF, AND**
                                             )   **DECLARATORY RELIEF**
                                             )
                                             )
                                             )
                                             )
STAGE 32, LLC                                )
                                             )   DEMAND FOR JURY TRIAL
                                             )
                                             )
            Defendants.                      )

FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2026
CENTRAL DISTRICT OF CALIFORNIA
BY_____ rsm _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## I. INTRODUCTION

1.  This action arises from the deliberate suppression, misrepresentation, and destruction of a nationally emerging documentary project by Defendant Stage 32, LLC, a California-based media and entertainment platform.

2. Plaintiff **Michael Reeves** is an independent documentary filmmaker who spent more than **three years** developing the documentary *Eyes in the Sky*, compiling over **20,000 video clips**, conducting extensive research, and building public awareness around a controversial and nationally relevant subject.

3. After Plaintiff's documentary began gaining **national attention, online traction, and search engine visibility**, Defendant Stage 32 — a platform that publicly represents itself as creator-supportive and neutral — engaged in conduct that:

   • Suppressed Plaintiff's legitimate account;

   • Allowed impersonating accounts to flourish;

   • Hosted and promoted false and misleading descriptions of Plaintiff's documentary;

   • Throttled and erased Plaintiff's visibility;

   • Misrepresented the circumstances of Plaintiff's account deletion; and

   • Refused to preserve or produce records after litigation was reasonably anticipated.

4. Defendant's conduct destroyed years of work, misled the public, damaged Plaintiff's reputation, and derailed a documentary project at a critical moment.

## II. PARTIES

5. **Plaintiff Michael Reeves** is a documentary filmmaker and creator of *Eyes in the Sky.*

6. **Defendant Stage 32, LLC** is a California limited liability company headquartered in Los Angeles, California, operating the online platform www.stage32.com.

## III. JURISDICTION AND VENUE

7. Jurisdiction is proper because Defendant conducts substantial business in California and the acts complained of occurred in California.

8. Venue is proper in California because Defendant is headquartered in Los Angeles County and the wrongful conduct emanated from California.

## IV. FACTUAL BACKGROUND

### A. Development of the Documentary

9. Beginning more than **three years ago**, Plaintiff began developing *Eyes in the Sky*, a documentary addressing controversial and nationally significant subject matter.

10. Plaintiff invested thousands of hours, created over **20,000 video clips**, and undertook extensive research and documentation.

11. As Plaintiff began publicly discussing and promoting the documentary, it gained **national attention** and increasing visibility across major platforms and search engines.

### B. Prior Platform Suppression and Need for a Safe Platform

12. As the documentary gained traction, Plaintiff experienced unexplained suppression, bans, and interference on other platforms, which are themselves the subject of ongoing litigation.

13. Seeking a neutral and creator-supportive environment, Plaintiff was introduced to **Stage 32** as a safe platform for filmmakers.

14.Upon joining Stage 32, Plaintiff **affirmatively notified Defendant** of:

- The controversial nature of the documentary;

- Prior unfair platform treatment; and

- His intent to promote *Eyes in the Sky* legitimately.

15.Stage 32 welcomed Plaintiff and expressly represented that he could promote his documentary on the platform.

## C. Early Problems on Stage 32 (August 2025)

16.Plaintiff joined Stage 32 on **August 3, 2025**, immediately after completing the documentary trailer.

17.From the outset, Plaintiff experienced access problems and notified Stage 32 on August 3 and August 4 that he could not properly access his account.

18.On **August 4, 2025**, Stage 32 responded, welcoming Plaintiff and stating the issue had been resolved.

19.On **August 10, 2025**, Plaintiff again lost access and reported that he could not upload or manage documentary content.

20.Stage 32 responded with generic troubleshooting instructions.

21.Throughout **August 2025**, as *Eyes in the Sky* gained momentum nationally and in search results, Plaintiff's Stage 32 account exhibited signs of throttling and suppression.

22.Plaintiff again notified Stage 32 on **August 27 and August 28, 2025**.

23.On **August 29, 2025**, Stage 32 stated the issue was fixed.

## D. Abrupt Suspension and Throttling (September 2025)

24. On **September 10, 2025**, Plaintiff again notified Stage 32 of ongoing suppression.

25. On **September 11, 2025**, a Stage 32 representative informed Plaintiff that his account was "permanently suspended" under community standards, stating the decision was final.

26. Despite this message, Plaintiff retained limited access but observed:

- Posts disappearing;

- Dramatic drops in reach;

- Analytics anomalies;

- Posts no longer appearing in Google searches.

27. Plaintiff's Stage 32 presence became effectively invisible.

## E. October 2025: Escalation and Evidence of Manipulation

28. On **October 1, 2025**, Plaintiff again notified Stage 32 of severe throttling and analytics manipulation.

29. On **October 3 and October 6, 2025**, Stage 32 responded with identical form messages acknowledging "technical issues."

30. On **October 13, 2025**, Plaintiff sent an email titled **"URGENT — Account Compromise, Missing Post Content, and Request for Immediate Security Review & Restoration,"** requesting:

- Preservation of logs;

- Investigation of hacking and impersonation;

- Explicitly requesting that the account **not be deleted without written consent**.

31. Stage 32 acknowledged the request and suspended the account pending review.

---

## F. Discovery of Impersonation and False Content

32. In **October 2025**, Plaintiff discovered a separate Stage 32 account using his name and image ("Michael Reeves 2").

33. This impersonating account:

- Uploaded Plaintiff's documentary trailer;

- Used Plaintiff's photograph;

- Published false, sarcastic, and deceptive descriptions of *Eyes in the Sky*;

- Mocked the documentary as "a compilation of old stunts" and unrelated clips.

34. These false posts were indexed by Google and began appearing **ahead of Plaintiff's legitimate content**.

35. At the same time, Plaintiff's real Stage 32 account was suppressed or invisible.

---

## G. October 31, 2025 Legal Notice and Actual Knowledge

36. On **October 31, 2025**, Plaintiff sent a formal legal notice to Stage 32 detailing:

- Account suppression;

- Impersonation;

- Unauthorized use of his work;

- Reputational and economic harm.

37. Stage 32 **responded on October 31, 2025**, acknowledging the issue and requesting screenshots and links.

38. This response occurred **after October 13**, establishing Stage 32's actual knowledge of impersonation and harm.

39. Despite this knowledge, Stage 32 failed to:

- Remove impersonating content;

- Restore Plaintiff's account;

- Correct misinformation;

- Preserve transparency.

## H. Post-Hoc Justifications and Obstruction

40. After complaints and subpoenas were initiated, Stage 32 claimed Plaintiff requested deletion.

41. Stage 32 omitted the October 31 correspondence and mischaracterized Plaintiff's security requests as deletion consent.

42. Plaintiff never authorized deletion as a remedy for impersonation or suppression.

43. Stage 32 refused to produce records or meaningfully engage, asserting "Support is not a legal channel," despite a clear duty to preserve evidence.

# V. CAUSES OF ACTION

(First through Eighth Causes of Action exactly as previously drafted — **Unfair Competition, Negligence, Defamation & False Light, Misappropriation, Intentional & Negligent Interference, Breach of Covenant, Declaratory & Injunctive Relief** — incorporated here verbatim.)

---

# VI. DAMAGES

(Full **$25,000,000 damages section** exactly as drafted, incorporated here verbatim.)

---

# VII. INJUNCTIVE RELIEF

124. Plaintiff seeks immediate and permanent injunctive relief requiring Defendant to:

a. Preserve all records, logs, metadata, moderation actions, IP logs, and internal communications relating to Plaintiff and impersonating accounts;

b. Produce complete account records through lawful process;

c. Remove all impersonating accounts and false content;

d. Issue corrective actions to mitigate search engine misinformation;

e. Cease suppressing or throttling Plaintiff's content;

f. Refrain from further misrepresentation or obstruction.

---

# VIII. PRAYER FOR RELIEF

Plaintiff respectfully requests:

1. Compensatory damages in an amount not less than **$25,000,000**;

2. Punitive and exemplary damages;

3. Injunctive and declaratory relief;

4. Costs of suit and interest;

5. Attorneys' fees where allowed;

6. Such other relief as the Court deems just.

---

# IX. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a **trial by jury** on all issues so triable.

Respectfully Submitted

Michael Reeves
212-804-8432
marymary10023@gmail.com

Dated  January 2, 2026

EXHIBIT 1

**Laquan - Member Help (Stage 32 Support) <support@stage32.com>**                1/2/2026 5:54 PM

# [STAGE 32] Re: Submission of Consumer & Unfair Business Practices Complaint – Stage 32, LLC

To Prose Justice <legal@prosejustice.org>    Copy Advertising2 <advertising2@stage32.com> • success@stage32.com • Ivor Pine <ivor.pine@lacity.org> • piu@doj.ca.gov • info@lacityattorney.org • consumer@da.lacounty.gov • clerk@lacity.org • public.inquiries@doj.ca.gov • consumer@doj.ca.gov • privacy@doj.ca.gov • cityatty.help@lacity.org • PIU <piu.piu@doj.ca.gov>

To Michael, Reeves, Prose Justice & Whom It May Concern,

For the avoidance of doubt and to correct the record:

The Michael Reeves account was **deleted at the account holder's explicit request**, after confirmation was received. Stage 32 does not delete user accounts without authorization, and no deletion occurred unilaterally or without user direction.

This clarification is provided solely to address the inaccurate assertion that the account was deleted without consent.

As previously stated, Stage 32 Support is not authorized to engage in legal correspondence, discovery, or records production. Any further legal matters must proceed through formal service and appropriate legal channels.

No further response will be provided via this inbox.

Sincerely,
Laquan
Member Help
Stage 32, LLC

www.stage32.com

Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

On January 2, 2026 at 10:49:27 PM UTC, Prose Justice legal@prosejustice.org wrote:

**Laquan - Member Help (Stage 32 Support) <support@stage32.com>**           1/2/2026 9:01 PM

# [STAGE 32] Re: Submission of Consumer Protection Complaint – Stage 32, LLC

To Prose Justice <legal@prosejustice.org>   Copy success@stage32.com • piu@doj.ca.gov • info@lacityattorney.org • public.inquiries@doj.ca.gov • consumer@doj.ca.gov • privacy@doj.ca.gov • cityatty.help@lacity.org

---

To  Michael Reeves & Whom It May Concern,

This response is provided solely to correct the record and address continued misstatements regarding the deletion of the Michael Reeves account.

## October 13, 2025 Communication (Security Incident)

On October 13, 2025, Stage 32 received the email titled **"URGENT — Account Compromise, Missing Post Content, and Request for Immediate Security Review & Restoration."**
That message requested a security review, preservation of logs, and remediation steps due to alleged account compromise. It also included a request that the account **not be deleted without explicit written consent**, which Stage 32 acknowledged at that time.

As a result of those concerns, the account was **secured and suspended** pending review. No deletion occurred at that stage.

## Subsequent Deletion Request

Following the suspension, Stage 32 **explicitly asked the account holder to confirm whether they wished the account to remain suspended or be permanently deleted**.
**Deletion occurred only after confirmation was received requesting full account deletion.**
Stage 32 does not permanently delete user accounts without user authorization, and no deletion was executed unilaterally or without direction.

## Clarification of Current Assertions

- Statements that the account was deleted "without consent" are inaccurate.

- The October 13 security email and the later deletion confirmation are **separate communications addressing different actions**.

- Duplicate accounts associated with the same individual were identified and addressed in accordance with platform policy.

- Stage 32 Support has not produced records, engaged in discovery, or responded to subpoenas via this inbox.

## Legal Process Reminder

As stated multiple times, **Stage 32 Support is not a legal channel**.
Any legal requests, subpoenas, or discovery matters must proceed through **formal service and appropriate legal counsel**.

This message is provided to correct the factual record. No further responses will be issued via Member Support.

Sincerely,
Laquan
Member Help

www.stage32.com

Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

On January 2, 2026 at 11:58:10 PM UTC, Prose Justice legal@prosejustice.org wrote:

To the Los Angeles City Attorney – Consumer Protection Division,

Please find attached a **formal complaint** submitted on behalf of documentary filmmaker **Michael Reeves**, concerning the conduct of **Stage 32, LLC**, a Los Angeles-based media and entertainment platform.

The complaint documents:

- Unauthorized deletion of Mr. Reeves' account containing documentary-related content;

- Creation of an unauthorized duplicate account titled "Michael Reeves 2";

- Failure to remove false and misleading information despite formal notice; and

- Incomplete production of records in response to subpoenas and legal notices.

Stage 32, LLC has been **copied on this correspondence** for transparency and notice.

EXHIBIT 2

## [8] NOTICE OF INTENT TO FILE LEGAL ACTION



From   🔒 boyjerrypictures@proton.me     ☆ ⊿ ⌀ Oct 31, 2025

To     Laquan - Member Help (Stage 32 Support),   writerhelp@stage32.com,   Advertising2,   su...   ⌄

Case 2:26-cv-00274-MCS-SK    Document 1    Filed 01/02/26    Page 16 of 47    Page ID #:16

1/2/26, 9:15 PM    Case 2:26-cv-00274-MCS-SK    Document 1    Filed 01/02/26    Page 17 of 47    Page ID
(10:04) Michael | boyjerrypictures@proton.me | Proton Mail
#:17

Dear Stage 32 Team,

I am writing to formally follow up on the multiple emails I have sent since early October regarding serious ongoing issues affecting my Stage 32 account, visibility of my documentary *Eyes in the Sky*, and the appearance of a **false account impersonating me** ("Michael Reeves") on your platform.

To recap the timeline and correspondence:

- On **October 3, 2025**, I first reported abnormal throttling and missing view counts. My trailer post had abruptly frozen in analytics despite multiple verified visitors.

- On **October 4**, I notified Stage 32 that I could no longer post correctly — new posts appeared truncated, missing, or were not visible under "Michael's Latest Lounge Posts."

- On **October 6**, I received a reply acknowledging "technical issues" but none of the concerns regarding possible hacking, impersonation, or data suppression were ever addressed.

- Since that time, **access to my account has effectively been denied**, and communication from Stage 32 has stopped.

Meanwhile, a **fake Stage 32 profile was created using my name**, re-uploading the *Eyes in the Sky* trailer and **changing the description entirely**, falsely presenting it as "a compilation of old stunts and movie scenes." That impersonator post has replaced the legitimate one in Google search results — directly damaging the credibility and discoverability of our documentary project.

This is not a technical issue. It is impersonation, defamation, and unauthorized use of our creative material.

Please be advised that this email constitutes **formal legal notice** that Stage 32 has been made aware of false and misleading content on its platform directly harming a filmmaker and a registered member, and of a pattern of denial of access to the affected account.

If the following actions are not taken within **five (5) business days**, I will consider this matter escalated for legal action and formal complaint to relevant authorities, including state consumer protection divisions and federal communications and copyright offices:

1. **Immediate removal** of the impersonating "Michael Reeves" account and any associated content not created by me or my authorized representatives.

2. **Restoration of my verified Stage 32 account access** and all associated content and analytics.

3. **Written confirmation** that the issue has been investigated and corrected, including a record of all login and modification activity related to my profile and project posts.

4. **Public correction or statement**, if necessary, clarifying that the false account and description are not affiliated with *Eyes in the Sky* or Michael Reeves.

You have received **no fewer than five prior notifications** of this issue and have not yet provided a substantive response. Continuing to host false content and ignore verified reports could be construed as negligence and complicity in reputational harm.

**526.12 KB**  4 files attached                                                                  ⤓

| 🖼 stage32-mr2-3.png | 46.47 KB |
| 🖼 stage32-mr2-2.png | 64.17 KB |
| 🖼 stage32-mr2-4.png | 67.88 KB |
| 🖼 stage32-mr2.png | 347.59 KB |

---

↩ Laquan - Member Help (Stage 32 Support)                        ☆  📥  Oct 31, 2025

---

boyjerrypictures@proton.me                                       ☆  📤  Oct 31, 2025

---

**From**  🔒 Laquan - Member Help (Stage 32 Support) <support@stage32.com>    ☆ 📥 Oct 31, 2025

**To**  boyjerrypictures@proton.me,  Advertising2,  success@stage32.com                ⌄

Case 2:26-cv-00274-MCS-SK   Document 1   Filed 01/02/26   Page 19 of 47   Page ID #:19

Hi there Michael!

I completely understand your perspective and you have mentioned many times that there has been false impersonations of your materials and people using your work on here, for us to flag this properly, you will need to send us direct screenshots of the matter as well as links to the said accounts you mentioned previously so that we can accurately investigate this for you!

Please let us know if you have any other questions or concerns as we are always happy to help! We hope you continue to have an amazing day and thank you again for being an awesome member here at Stage32.

Best,
Laquan

www.stage32.com



EXHIBIT 3

AUGUST 3-4, 2025

 **Gmail**

**Michael Reeves <marymary10023@gmail.com>**

## please activate my account
2 messages

**Be Blessed** <marymary10023@gmail.com>                          Sun, Aug 3, 2025 at 8:52 PM
To: support@stage32.com

I am not a bot.
Please activate this account.

---

**Laquan - Member Help (Stage 32 Support)** <support@stage32.com>    Mon, Aug 4, 2025 at 12:58 AM
Reply-To: Stage 32 Support <support@stage32.com>
To: Be Blessed <marymary10023@gmail.com>

Hi Be,

So nice to meet you. We're so thrilled to have you in the Stage 32 community, we're glad you found us!
Community safety is a priority for us, so thanks for taking the time to verify your email address.  We require
everyone to have a proper photo and profile on Stage 32. Get ready to meet the friendliest community on the
planet!

You are all set to log in! Be sure to download the Stage 32 app to stay easily connected (we have both iOS &
Android).

We're thrilled to have you join us! We're glad to have you!

Laquan


www.stage32.com



Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

On August 4, 2025 at 1:17:34 AM UTC, Be Blessed marymary10023@gmail.com wrote:
Unable to sign into account

On Sun, Aug 3, 2025 at 8:52 PM Stage 32 Support <support@stage32.com> wrote:

Thank you Be, we've received your inquiry.

We will get back to you soon!

In the meantime, here are some great articles that may help:

## Do any of these articles answer your question?

I need to cancel my account.

If you need to cancel your Writers' Room subscription, please see How do I Cancel the Writers' Room? Stage 32... Read more

| ✓ Yes, close my request | View article |
|---|---|

## I need to cancel my account.

If you need to cancel your Writers' Room subscription, please see How do I Cancel the Writers' Room?

Stage 32 membership is free. If you need to close your account for some reason, go to the settings/gear icon on the top-right of the site and click on "Password & Login", then select "delete account" on the bottom right. We're sorry to see you go and hope to see you back in the future.

screen_shot_2017-11-08_at_11_49_33_am.png    del_account.png

### Does this article answer your question?

| ✓ Yes, close my request | X No |
|---|---|

On Sun, Aug 3, 2025 at 8:52 PM Stage 32 Support <support@stage32.com> wrote:

Case 2:26-cv-00274-MCS-SK    Document 1    Filed 01/02/26    Page 25 of 47    Page ID
#:25

[K1PW3R-VVJ95]

AUGUST 10, 2025

 Gmail

**Michael Reeves <marymary10023@gmail.com>**

---

## Unable to upload video from my phone

2 messages

---

**Be Blessed** <marymary10023@gmail.com>          Sun, Aug 10, 2025 at 12:44 PM
To: Stage 32 Support <support@stage32.com>

Hello and I hope you are doing well. I am on able to upload videos for my Android phone because the link is not working and the drop-down menu to add videos from my library it does not work. Thank you very much for your time and everything you do to keep this community running.
Best wishes
Michael Reeves

---

**Laquan - Member Help (Stage 32 Support)** <support@stage32.com>      Sun, Aug 10, 2025 at 2:11 PM
Reply-To: Stage 32 Support <support@stage32.com>
To: Be Blessed <marymary10023@gmail.com>

Hi Michael,

Thanks for reaching out, and we appreciate your kind words!

I'm sorry to hear you're having trouble uploading videos from your Android device. To help troubleshoot, could you please try the following steps:

1. **Clear your browser cache** or app cache (if you're using the Stage 32 app).

2. **Update your browser or the Stage 32 app** to the latest version.

3. Try uploading from a **different browser** (such as Chrome if you're not already using it).

4. If possible, try uploading your video from a **desktop or laptop** to see if the issue is device-specific.

If the issue continues, please send us:

- The **type and version** of your phone (e.g., Samsung Galaxy S21, Android 13)

- The **browser or app version** you're using

- A **screenshot or short screen recording** of what happens when you try to upload

Once we have that info, we can look into a fix right away.

Best regards,
Laquan

www.stage32.com

---



Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

[Quoted text hidden]

[R1394L-4LGG3]

AUGUST 27, 2025

 **Gmail**

**Michael Reeves <marymary10023@gmail.com>**

---

## Account information
4 messages

---

**Be Blessed** <marymary10023@gmail.com>                         Wed, Aug 27, 2025 at 5:30 AM
To: Stage 32 Support <support@stage32.com>

    Dear stage 32,
    I would like to report that I'm unable to access my account.
    Thank you very much
    Michael Reeves

---

**Laquan - Member Help (Stage 32 Support)** <support@stage32.com>          Wed, Aug 27, 2025 at 6:13 AM
Reply-To: Stage 32 Support <support@stage32.com>
To: Be Blessed <marymary10023@gmail.com>

Hi there!

So nice to meet you. We're so thrilled to have you in the Stage 32 community, we're glad you found us!
Community safety is a priority for us, so thanks for taking the time to verify your email address.

We require everyone to have a proper photo and profile on Stage 32. Get ready to meet the friendliest
community on the planet!

You are all set to log in! Be sure to download the Stage 32 app to stay easily connected (we have both iOS &
Android).

We're thrilled to have you join us! We're glad to have you!

Cheers,
Laquan

www.stage32.com



Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

[Quoted text hidden]
[N1PKLV-02E47]

---

**Be Blessed** <marymary10023@gmail.com>    Wed, Aug 27, 2025 at 6:23 AM
To: Stage 32 Support <support@stage32.com>

Laquan,
Thank you for so quickly restoring my account. I can verify my account all of the information is accurate. That is my correct photo.  The account worked for just a few moments after it locked again. My account is still locked. Thank you for everything you do to keep this community safe.
Best wishes
Michael Reeves

[Quoted text hidden]

---

**Be Blessed** <marymary10023@gmail.com>    Wed, Aug 27, 2025 at 6:47 AM
To: Stage 32 Support <support@stage32.com>

Hi,
My account continues to remain inaccessible.
Please let me know how to move forward.
Thanks
Best wishes
Michael Reeves

[Quoted text hidden]

AUGUST 28, 2025 TO SEPTEMBER 11, 2025



**Michael Reeves <marymary10023@gmail.com>**

## Question About Page Reach After Account Restoration

4 messages

---

**Be Blessed** <marymary10023@gmail.com>                         Thu, Aug 28, 2025 at 12:48 PM
To: Stage 32 Support <support@stage32.com>

Hello Stage 32 Support Team,

I wanted to take a moment to thank you again for restoring my account. I truly appreciate the opportunity to continue engaging with the community and sharing our project updates here.

I did want to bring something to your attention: since the account was restored, it seems that the reach of my posts has been significantly slower and more limited than before. I completely understand that platform algorithms and moderation tools may affect visibility, but I just wanted to check in to see if there might be any restrictions still attached to my account or if this is something that should improve naturally over time.

I value Stage 32 as one of the few platforms where I've felt welcomed and treated fairly, and I want to make sure I'm doing everything right to stay in good standing with the community while also making sure our posts reach those who want to see them.

Thank you so much for your time and support.

Warm regards,
[Your Name]
Boy Jerry Pictures

---

**Laquan - Member Help (Stage 32 Support)** <support@stage32.com>             Fri, Aug 29, 2025 at 11:21 AM
Reply-To: Stage 32 Support <support@stage32.com>
To: Be Blessed <marymary10023@gmail.com>

Hi there!

Thank you so much for your kind words—we're truly glad to have you back in the Stage 32 community and appreciate you taking the time to share your feedback.

I completely understand your concern about post visibility. Please rest assured: there are no restrictions currently placed on your account. What you're experiencing is likely the result of how content circulation naturally works on the platform. Sometimes, after an account is restored, it can take a little while for posts to regain their normal reach and engagement levels.

## A Few Tips That May Help Boost Visibility

- **Consistency:** Continue posting regularly—momentum helps visibility.

- **Engagement:** Commenting on others' posts and engaging in the Lounge can drive more people to view your updates.

- **Tagging & Sharing:** Tagging collaborators, projects, or relevant topics in your posts helps expand reach.

Case 2:26-cv-00274-MCS-SK    Document 1    Filed 01/02/26    Page 34 of 47    Page ID #:34

- **Profile Updates:** Make sure your profile is fully up to date—this encourages more profile visits when others see your posts.

## Next Steps for Us

We'll continue monitoring things on our end, but you should see improvements in reach over time as your activity builds back up. If you notice any ongoing unusual limitations (such as posts not appearing at all, or persistent errors), please let us know right away and we'll escalate it to our tech team.

Thank you again for your positivity and for being such an active part of the Stage 32 community—we're excited to see your project updates continue to shine.

Warm regards,
Laquan

www.stage32.com



Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

[Quoted text hidden]
[69WZ23-EXZ52]

---

**Be Blessed** <marymary10023@gmail.com>                    Wed, Sep 10, 2025 at 12:20 AM
To: Stage 32 Support <support@stage32.com>

Good evening,
I am writing to let you know that my account is having problems.
My posts are not going live.
Thanks again for your help!
Michael Reeves

[Quoted text hidden]

---

**Brandy - Member Help (Stage 32 Support)** <support@stage32.com>         Thu, Sep 11, 2025 at 8:25 PM
Reply-To: Stage 32 Support <support@stage32.com>
To: Be Blessed <marymary10023@gmail.com>

Hello,

Due to violations to our Community Standards, this account has been permanently suspended. This decision is

final.

[www.stage32.com](http://www.stage32.com)



Tell me more about you and your career goals.

Check out Thousands of Stage 32 Success Stories

On September 10, 2025 at 1:25:48 PM UTC, Be Blessed marymary10023@gmail.com wrote:
Following up about my account.

On Wed, Sep 10, 2025 at 12:20 AM Stage 32 Support <support@stage32.com> wrote:

Thank you Be, we've received your inquiry.

We will get back to you soon!

[Y13YJN-PRX0K]

MICHAEL REEVES 2

FAKE ACCOUNT

Screenshot 2025-12-29 at 11.3... AM.png        1 of 2



Michael Reeves 2
Suspended by
Note: Spammer
Author, composer and manager in Los A…
UID: 1177940 Confirmed
Birthday: 6/4/1970
IPs:
- 35.33.161.220
- 159.83.248.49
- 35.33.170.50
- 35.33.163.34
- 174.243.178.185
- 35.33.169.118
- 98.175.245.244
- 98.173.55.250
- 192.33.27.105
- 192.33.27.107
- 192.33.27.114
- 192.33.27.97

⚙ User settings ▾

 Email (marymary10023@gmail.com)

 Screenshot 2025-12-29 at 11.3... AM.png         1 of 2

 Michael Reeves 2
Suspended by
Note: Spammer
Author, composer and manager in Los A…
UID: 1177940 Confirmed
Birthday: 6/4/1970
IPs:
- 35.33.161.220
- 159.83.248.49
- 35.33.170.50
- 35.33.163.34
- 174.243.178.185
- 35.33.169.118
- 98.175.245.244
- 98.173.55.250
- 192.33.27.105
- 192.33.27.107
- 192.33.27.114
- 192.33.27.97

⚙ User settings  ▾

✉ Email (marymary10023@gmail.com)

FAKE POST

 **Stage 32**

https://www.stage32.com › Browse Stage 32  ⋮

## Eyes in the sky- trailer-.mp4 | Michael Reeves

A suicidal young actor narrates a brief tour of her life of fame, success, isolation and depression. Michael Reeves posted ...  See more

Missing: ~~releasing~~ | Show results with: releasing



 

stage 32 eyes in the sky, we're releasing                    ✕   🎤   📷

Reeves posted ...  See more

Missing: ~~releasing~~ | Show results with: releasing

**32**   Stage 32
https://www.stage32.com › Browse Stage 32  ⋮

## Michael Reeves

**Eyes in the Sky** is the first feature ... With 15M+ fans already following the story, **we're** bringing the conversation from the streets to the screen.  See more

Missing: ~~releasing~~ | Show results with: releasing



COMPLAINT FILED WITH THE ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA

# CALIFORNIA ATTORNEY GENERAL

## CONSUMER & UNFAIR BUSINESS PRACTICES COMPLAINT

**Complainant:**

Michael Reeves

(Documentary filmmaker / creator)

Represented for purposes of this complaint by Prose Justice

**Business Complained Of:**

Stage 32, LLC

California-based media and entertainment platform

Headquartered in Los Angeles, California

---

## SUMMARY OF COMPLAINT

This complaint concerns **unfair and deceptive business practices**, **failure to act after notice of false information**, **selective enforcement**, and **destruction or withholding of account-related records** by Stage 32, LLC, a California-based media platform that publicly markets itself as supportive of creators and filmmakers.

Stage 32 knowingly allowed **false and misleading information** concerning my documentary project and my identity to be posted and remain publicly accessible, including via Google search results, despite receiving **direct notice** and requests for correction. At the same time, Stage 32 permitted other projects to flourish on its platform while my documentary-related account was **deleted without authorization** and relevant records were withheld.

This conduct has caused **reputational, professional, and economic harm** and appears to constitute a pattern of **unfair business practices** under California law.

---

## FACTUAL BACKGROUND

1.  I am a documentary filmmaker with an active project known to Stage 32. From the outset, Stage 32 was aware of the documentary and its subject matter.

2.  Third parties posted **false and misleading information** concerning my documentary and me on or through Stage 32's platform, which subsequently appeared in Google search results.

3.  I **formally notified Stage 32** of the misinformation and requested that corrective action be taken. Despite this notice, Stage 32 **failed to meaningfully investigate or remove the false information**, and it remains accessible to this day.

4. Stage 32's response to these notices was **dismissive and lackluster**, despite the foreseeable reputational harm to a documentary filmmaker whose work depends on credibility, accuracy, and public trust.

5. While allowing misinformation to persist, Stage 32 **deleted and closed my account**, which contained documentary-related content, **without my consent or authorization**.

6. Additionally, an account identified as **"Michael Reeves 2"** was created without my involvement. Stage 32 has failed to provide transparency regarding who created this account or for what purpose.

7. After being placed on notice of a legal dispute and record preservation obligations, Stage 32 provided only **minimal screenshots** instead of complete account records, raising serious concerns about **spoliation of evidence** and intentional withholding of information.

8. Stage 32's actions appear inconsistent with its public representations as a creator-supportive platform and instead demonstrate **selective enforcement**, **tolerance of false information**, and **retaliatory or discriminatory treatment** toward my documentary project.

## LEGAL AND CONSUMER PROTECTION CONCERNS

Stage 32's conduct raises concerns under California consumer protection and unfair competition laws, including but not limited to:

- **Failure to act after notice of false or misleading information**

- **Unfair and deceptive business practices**

- **Selective enforcement of platform policies**

- **Lack of transparency regarding account deletion and identity misuse**

- **Possible destruction or concealment of electronically stored information after notice**

- **Misrepresentation of services to creators and filmmakers**

## HARM CAUSED

As a direct result of Stage 32's actions and omissions, I have suffered:

- Reputational damage affecting my documentary and professional standing

- Interference with a creative and commercial project

- Emotional distress

- Loss of opportunities and credibility

- Ongoing harm due to misinformation remaining publicly accessible

## REQUEST FOR ATTORNEY GENERAL REVIEW

I respectfully request that the California Attorney General's Office:

1. Review Stage 32's conduct for compliance with California consumer protection and unfair business practices laws;

2. Evaluate whether Stage 32's failure to act after notice and selective enforcement constitute deceptive or unfair practices;

3. Assess whether Stage 32 engaged in improper handling or destruction of consumer account records; and

4. Take any action deemed appropriate to prevent continued harm to creators and consumers.

I am prepared to provide supporting documentation, correspondence, and screenshots upon request.

---

**Submitted in good faith,**
Michael Reeves
Through Prose Justice