UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-00274-MCS-SK** | Date | February 11, 2026 |
|---|---|---|---|

Title   ***Reeves v. Stage 32, LLC***

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)**

Pro Se Plaintiff Michael Reeves brings this case against Defendant Stage 32, LLC, broadly alleging that Defendant wrongfully deplatformed his documentary filmmaking project. (*See generally* Compl., ECF No. 1.) The Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject-matter jurisdiction. (OSC, ECF No. 8.) Plaintiff filed a response conceding that both he and Defendant are California citizens and that his claims do not arise under federal law. (Resp. ¶¶ 1–2, ECF No. 9.) Based on Plaintiff's concessions, the Court concludes it lacks subject-matter jurisdiction over this matter and dismisses the case without prejudice. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court orders the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**